# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 8, 2021

Lyle W. Cayce
Clerk

No. 19-60709
Summary Calendar

MD Omar Faruk,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A201 341 947

Before Jolly, Elrod, and Graves, *Circuit Judges*.

Per Curiam:*

MD Omar Faruk, a native and citizen of Bangladesh, requests we review the negative credibility determination made against him in his immigration proceedings. He argues the statements and testimony that the

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 19-60709

Immigration Judge characterized as vague or inconsistent can be read as credible.

We grant deference to an Immigration Judge's credibility determination as upheld by the Board of Immigration Appeals. *Wang v. Holder*, 569 F. 3d 531, 536-38 (5th Cir. 2009). A credibility finding is proper if based on "*any* inconsistency or omission . . . as long as the totality of the circumstances" supports the finding. *Id*. at 538 (internal quotation marks and citation omitted). Alternate explanations for statements at issue in credibility findings do not necessarily compel us to make a finding. *Avelar-Oliva v. Barr*, 954 F.3d 757, 768 (5th Cir. 2020)

In this case, the Immigration Judge cited to several vague statements and inconsistencies. Reviewing the record, we are not compelled to find that Faruk was credible.

DENIED.